**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOSIAH LEE GOTTSCHALL,** | : | **Civ. No. 4:26-CV-1022** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | **(Magistrate Judge Carlson)** |
| | : | |
| **ERIC LINDHARDT, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

**<u>ORDER</u>**

AND NOW this 5th day of August 2026, for the reasons set forth in the accompanying Memorandum Opinion, the defendants' motions to dismiss (Docs. 7, 18, 21, 25, 33), are GRANTED, and the clerk is directed to CLOSE this case. This order is entered without prejudice to the plaintiff attempting to cure the defects cited by the Court by filing an amended complaint provided that any amended complaint is filed on or before **<u>August 25, 2026</u>**.

*<u>S/Martin C. Carlson</u>*
Martin C. Carlson
United States Magistrate Judge